ip address spoofing software

Web    Images    Videos    News    Shopping    More ▾    Search tools

About 493,000 results (0.35 seconds)

**IP Address Software - bluecatnetworks.com**
Ad bluecatnetworks.com/ipam_whitepaper ▾
Manage all **IP Addresses** from a Single Point of Control
On-Demand Webinar - IPAM Market Leader - White Paper: BYOD

**Easy Hide IP : Best Software to Spoof Ip Address 2014 ...**

www.youtube.com/watch?v=y0l0u0jmJMI ▾
Jan 30, 2014 - Uploaded by joe vernon
http://www.easy-hide-ip.com/#specialtrial Select the preceding link to download Easy Hide **Ip** 2014 After ...

**Spoof ip Address Software Informer: Spoof-Me-Now is a ...**
**spoof-ip-address.software**.informer.com/ ▾
**Spoof ip Address Software** Informer. Featured **Spoof ip Address** free downloads and reviews. Latest updates on everything **Spoof ip Address Software** related.

**Spoofer Project: Spoofer Main**
**spoof**er.cmand.org/ ▾
Malicious users capitalize on the ability to "**spoof**" source **IP addresses** for ... By downloading and running our **software**, you'll help advance the collective ...

**ip spoofing downloads - Free software downloads and ...**
download.cnet.com/1770-20_4-0.html?...**ip+spoofing**... ▾ Download.com
Results 1 - 10 of 31 - Scan and change Mac addresses within any range of IP **addresses** on your ... Windows 2000 NetBIOS Name Server Protocol **Spoofing** ...

**Hack This Site Forum • View topic - IP Spoofing**
www.hackthissite.org › Board index › General Discussion › Networking ▾
Oct 8, 2008 - 10 posts - 6 authors
i was wondering if anyone knew of any good IP **Spoofing** programs/**software**. ... This is a poor method that some people call IP **spoofing** but in reality is ... **IP address spoofing** - as the meaning of the term - of course, won't solve ...

**IP address spoofing - Wikipedia, the free encyclopedia**
en.wikipedia.org/wiki/**IP_address_spoofing** ▾ Wikipedia ▾
In computer networking, **IP address spoofing** or **IP spoofing** is the creation of ... **software**) can use IP **spoofing**, allowing each user its own "return address" as well ...

**Top ip Spoofing downloads: Charles, AntiARP, Online Armor...**
**ip-spoofing.software**.informer.com/downloads/ ▾
... and reviews. Latest updates on everything **ip Spoofing Software** related. ... Change MAC **Address** is a MAC **address spoofing** tool. This can be used to access ...

**Hide my IP address free of charge - IP spoof proxy services**
www.idcloak.com/learning-center/...**ip-address**...**ip-spoof**.../a204.html ▾
This article will demonstrate how you can hide your **IP address** for free and ... But you can use a **spoofed** IP for your internet activity – one that does not ... How to hide **IP address** - With Anonymous Surfing Websites or IP Masking **Software**?

**How to Spoof IP Addresses | eHow**
www.ehow.com › Computers ▾
Traditionally, **spoofing** your **IP address** would be difficult, but thanks to several programs such as Vidalia (a graphical controller that uses **software** by the name of ...

**Best Free Ip Spoofing Software - download suggestions**
softadvice.informer.com/Best_Free_**Ip_Spoofing_Software**.html ▾
Download Best Free **Ip Spoofing Software** - real advice. Technitium MAC **Address** Changer and 1 more program.

 

Searches related to ip address spoofing software

**mac** address spoofing **xp download**     **free** ip spoofing

**spoof** ip address **program**              ip address spoofing **tool**

**freeware** ip **spoofer**                   **best** ip address spoofing software

**1** 2 3 4 5 6 7 8 9 10   **Next**

○ Bradenton, FL - From your Internet address - Use precise location - Learn more

Help   Send feedback   Privacy   Terms

IP Address Software - bluecatnetworks.com
Ad  bluecatnetworks.com/ipam_whitepaper ▾
Manage all **IP Addresses** from a Single Point of Control
On-Demand Webinar - IPAM Market Leader - DNSSEC/IPv6 Migration

Networking 101: How to spoof your IP address using NMAP ...
gregsumner.blogspot.com/.../how-to-**spoof**-your-**ip-address**-using-nmap.... ▾
Feb 6, 2013 - Sometimes when building firewall rules in a big network it's difficult to tell
what will happen to routing and inside a firewall just by looking at the ...

Ip Spoofing Software - free download suggestions
softadvice.informer.com/**Ip_Spoofing_Software**.html ▾
Download **Ip Spoofing Software** - real advice. Technitium MAC **Address** Changer and
4 more programs.

Ip Address Spoofing Tool - Software Advice - Informer ...
softadvice.informer.com/**Ip_Address_Spoofing**_Tool.html ▾
Download **Ip Address Spoofing** Tool - real advice. Technitium MAC Address Changer
and 4 more programs.

Free Hide IP 3.9.6.2 free download - Software reviews ...
www.downloadcrew.com/article/27633-free_hide_**ip** ▾
Jun 5, 2013 - Protect your privacy online by disguising your **IP address** ... The free
version of the app is limited to **spoofing IP address** in the US, and if you ...

The Untraceable Man: How To Spoof Your IP Address And ...
untraceableman.blogspot.com/.../how-to-**spoof**-your-**ip-address**-and-how... ▾
Jan 15, 2009 - In this article we will discuss **IP spoofing**. IP stands for internet protocol
and is basically a number assigned to your computer when it connects ...

Ip spoofing Software Or changing completely - WhatIsMyIPAd...
forums.whatismy**ipaddress**.com/viewtopic.php?t=13863 ▾
Jul 7, 2012 - I dont mind **spoofing** it, but the **software** has to be free, and **spoof** a
permanent **ip address**, in other words, i dont want the address to constantly ...

Spoofing Attacks: IP, DNS & ARP | Veracode
www.veracode.com/security/**spoofing**-attack ▾ Veracode
Some of the most common methods include **IP address spoofing** attacks, ARP ... Use
**spoofing** detection **software**: There are many programs available that help ...

2.8.6. Malicious Software and Spoofed IP Addresses
https://access.redhat.com/.../sect-Security_Guide-Firewa... ▾ Red Hat Software
More elaborate rules can be created that control access to specific subnets, or even
specific nodes, within a LAN. You can also restrict certain dubious ...

IP address spoofing - Kioskea
en.kioskea.net/contents/41-**ip-address-spoofing** ▾
Some people tend to assimilate the use of a proxy (which makes it possible to hide the
**IP address**) with IP **spoofing**. Yet proxies merely transfer packets. As such ...

How (and Why) to Change Your MAC Address on Windows ...
www.howtogeek.com/.../how-and-why-to-change-your-mac-**address**-on-... ▾
Jun 30, 2014 - These MAC **addresses** are assigned in the factory, but you can change,
or "**spoof**," MAC **addresses** in **software**. MAC stands for "media access ...

IP Address Software - Hide Your IP & Browse Privately
Ad  www.hotspotshield.com/Elite_VPN_Privacy ▾
Fast, Easy, Secure - Try Now!
A useful way of accessing sites and protecting your privacy – Softonic
Hotspot Shield has 5,461 followers on Google+
Anonymous Browsing - Ultimate Online Privacy - Wi-fi Security

IP Software Solutions
Ad  www.anaqua.com/ ▾

Anaqua IP management **software** improve efficiency, reduce costs

IP Address Management
Ad www.efficientip.com/ipam-free-trial ▼
Automated IP-DNS-DHCP management. Try it now for free!
IP Address Tracking - Product Documentation - Deploy and Manage IPv6

Searches related to ip address spoofing software

| **mac** address spoofing **xp download** | **free** ip spoofing |
| --- | --- |
| **spoof** ip address **program** | ip address spoofing **tool** |
| **freeware** ip **spoofer** | **best** ip address spoofing software |
| ip spoofing software **windows 7** | ip address **spoofer** |

Previous   1 **2** 3 4 5 6 7 8 9 10   Next

O Bradenton, FL - From your Internet address - Use precise location - Learn more

Help    Send feedback    Privacy    Terms